**J.M., a minor by and through his next friend, Rafael A. MAGANA, Plaintiff—Appellant,**

v.

**William BRATTON; et al., Defendants—Appellees.**

No. 07–55576.

United States Court of Appeals, Ninth Circuit.

Submitted June 3, 2009.*

Filed June 5, 2009.

MEMORANDUM ***

J.M., a minor, by and through his next friend Rafael A. Magana, appeals dismissal of his § 1983 action based on false arrest. We agree with the district court that claims asserted in this action are barred on the ground of res judicata. The complaint is not saved by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), as J.M. contends, for he never was convicted or sentenced as a result of juvenile proceedings initiated against him. Even if J.M. thought he had to wait for resolution of the juvenile proceedings, he had six months before the trial during which he could have amended the complaint. The false arrest claim could, and should, have been brought in *J.M., a minor v. William Bratton et al.,* Case No. CV05–00846–DDP. Accordingly, we affirm.

AFFIRMED.

Luis A. Carrillo, Esq., Carrillo & Perez, South Pasadena, CA, for Plaintiff–Appellant.

Blithe S. Bock, Esq., Timothy Rex Saito, Esq., Los Angeles City Attorney's Office, City Hall East, Los Angeles, CA, for Defendants–Appellees.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Ann Aldrich, Senior United States District Judge for the Northern District of Ohio, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.